09-2703-cr
USA v. Lynch

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

**SUMMARY ORDER**

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, in the City of New York, on the 30th day of August, two thousand ten.

Present:
        ROBERT A. KATZMANN,
        PETER W. HALL,
                *Circuit Judges,*
        JOHN GLEESON,[*]
                *District Judge*.

_____

UNITED STATES OF AMERICA,

      *Appellee*,

           v.                          No. 09-2703-cr

GREGORY LYNCH,

      *Defendant-Appellant*.

_____

For Defendant-Appellant:        Thomas G. Dennis, Federal Defender, Deirdre Murray, Assistant Federal Defender, Thomas McCudden, Research and Writing Attorney, Hartford, CT

---

[*] The Honorable John Gleeson, United States District Judge for the Eastern District of New York, sitting by designation.

For Appellee:                              Rahul Kale,William J. Nardini, Assistant United
                                           States Attorneys *for* David B. Fein, United States
                                           Attorney for the District of Connecticut, Bridgeport,
                                           CT

Appeal from the United States District Court for the District of Connecticut (Dorsey, *J.*).

**ON CONSIDERATION WHEREOF**, it is hereby **ORDERED**, **ADJUDGED**, and

**DECREED** that the judgment of the district court be and hereby is **AFFIRMED**.

Defendant Gregory Lynch appeals from a judgment of conviction entered June 22, 2009

(Dorsey, *J.*), following a guilty plea, convicting him of conspiring to commit bank fraud, and

sentencing him principally to 46 months' imprisonment.  We assume the parties' familiarity with

the facts and procedural history of this case.

On appeal, Lynch argues that his sentence of 46 months' imprisonment is procedurally

unreasonable because the district court miscalculated his criminal history score by improperly

including his prior conviction for breach of the peace.  He contends that pursuant to U.S.S.G §

4A1.2(c), his conviction for breach of the peace is "similar to" the offense of "[d]isorderly

conduct or disturbing the peace," and thus should not have been included in the calculation of his

criminal history.  We need not reach the merits of Lynch's argument, however, because even if

the district court did commit error, that error was harmless.

"Where we identify procedural error in a sentence, but the record indicates clearly that

'the district court would have imposed the same sentence' in any event, the error may be deemed

harmless . . . ."  *United States v. Jass*, 569 F.3d 47, 68 (2d Cir. 2009) (citing *United States v.*

*Cavera*, 550 F.3d 180, 197 (2d Cir. 2008) (en banc)).  The district court here made plain that

regardless of whether it included Lynch's breach of the peace conviction in the calculation of

Lynch's criminal history, the court would place Lynch in Criminal History Category III. Accordingly, any error was harmless.

We have reviewed Lynch's remaining arguments and conclude that they lack merit.

Accordingly, for the foregoing reasons, the judgment of the district court is hereby **AFFIRMED**.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, CLERK